SELL, Respondent v. SELL, Appellant

(129 N.W.2d 569)

(File No. 10131. Opinion filed July 6, 1964)

**R. R. Rueb,** Wagner, **L. E. Schreyer,** Lake Andes, for Defendant and Appellant.

**John A. Engel,** Avon, for Plaintiff and Respondent.

PER CURIAM.　The appeal in the above matter was perfected December 10, 1963. More than forty days have elapsed since that date and the record has not been settled. By virtue of SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.